UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 03-80431

        Hon. Gerald E. Rosen

FADI ABDUL-LATIF HAYDOUS,

        Defendant.
_____/

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

THE UNITED STATES OF AMERICA moves this Court for leave to dismiss the indictment against FADI ABDUL-LATIF HAYDOUS in the above-entitled case for the following reasons: defendant was convicted on the indictment in companion case no. 03-80406.

s/Barbara L. McQuade
Assistant United States Attorney
United States Attorney's Office
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
Phone: 313-226-9725
barbara.mcquade@usdoj.gov
P45423

s/With Consent of STEPHEN J. MURPHY
United States Attorney

Dated: March 25, 2005